# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Wendy Jo Fischer,  Bky. Case No. 16-40798
Chapter 7

    Debtor.

_____

## ORDER APPROVING SETTLEMENT OR COMPROMISE

This matter came before the court on the trustee's Notice of Settlement or Compromise with the debtor, Vincent Fischer and Mason Fischer. Based upon the files, records and proceedings,

IT IS ORDERED:

The settlement, as described in the Notice of Settlement (Docket No.15) dated July 15, 2016, whereby the debtor, Vincent Fischer and Mason Fischer, will pay the Trustee $15,000 in settlement of the avoidance action Adv. Pro. No 16-04065, and the trustee will dismiss the action with prejudice, and withdraw the motion to extend the deadline to object to the debtor's discharge, is approved.

Dated:  *August 8, 2016*

*/e/ Michael E. Ridgway*
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/08/2016*
Lori Vosejpka, Clerk, by MJS